**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA VALLES DE MENDEZ, | No. 10-72123 |
| Petitioner, | Agency No. A095-670-165 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 12, 2011[**]

Before:     SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

Maria Valles De Mendez, a native and citizen of Mexico, petitions pro se for

review of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's ("IJ") decision denying her application for cancellation of

removal.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We review for abuse of

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

discretion the denial of a motion to continue, *Sandoval-Luna v. Mukasey,* 526 F.3d 1243, 1246 (9th Cir. 2008) (per curiam), and we deny in part and dismiss in part the petition for review.

The IJ did not abuse her discretion in denying a continuance on the ground that Valles De Mendez did not demonstrate good cause. *See* 8 C.F.R. § 1003.29 (an IJ may grant a motion for continuance for good cause shown).

To the extent it is raised, we lack jurisdiction to review Valles De Mendez's unexhausted ineffective assistance of counsel claim. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004)

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**